NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

—————————

**MAE W. SIDERS,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

—————————

2013-3103

—————————

Petition for review of the Merit Systems Protection Board in No. AT831120162-I-1.

—————————

PER CURIAM.

**O R D E R**

Mae Siders submits a motion "concerning attestation."

It appears that Ms. Siders takes issue with the certified list provided by the Merit Systems Protection Board. Ms. Siders, however, does not cite any specific documents that are not included in the list that she believes belong in the record. To the extent that Ms. Siders believes that the record needs to be supplemented, she should file a motion detailing such documents within 14 days from the date of filing of this order.

Upon consideration thereof,

MAE SIDERS V. OPM                                                    2

IT IS ORDERED THAT:

The motion to submit an attestation is denied.



FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk


s26